# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JOSEPH PRICE, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | CR418-198 |
| v. | ) | CV424-065 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, doc. 21, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Movant's 28 U.S.C. § 2255 motion is **DENIED** as untimely, and Movant is **DENIED** a certificate of appealability. The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** ___1___ day of May, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA